IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RUBY D. McCROREY,**  3:10-CV-00698-BR

      **Plaintiff,**  **JUDGMENT**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**

    Based on the Court's Opinion and Order (#16) issued September 14, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 14th day of September, 2011.

                                          /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge