IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RUBY D. McCROREY,** | 3:10-CV-00698-BR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE,**<br>Commissioner of Social<br>Security, | |
| Defendant. | |

    Based on the Court's Opinion and Order (#16) issued September 14, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 14th day of September, 2011.

                                     /s/ Anna J. Brown

                                   ANNA J. BROWN<br>
                                   United States District Judge

1 - JUDGMENT